1 Public Service Company of Colorado, d/b/a Xcel Energy, Petitioner/Cross-Respondent v. Outdoor Design Landscaping, LLC, and Respondent/Cross-Petitioner Francisco Cuevas. Respondent No. 23SC659
Supreme Court of Colorado, En Banc
July 1, 2024
 Court of Appeals Case Nos. 22CA301 & 22CA1108 
 
 Petition and Cross-Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether the court of appeals erred in holding that a provision in a utility's tariff purporting to limit the utility's liability only applies to customers of the utility. 
 [REFRAMED] Whether the court of appeals erred in holding that the General Assembly had not expressly delegated authority to the Public Utilities Commission to approve a tariff limiting tort liability in derogation of common law. 
 Whether the court of appeals erred in holding that Respondent was not a "person" subject to the notification requirements of the High Voltage Safety Act, § 9-2.5-102(1), C.R.S. (2023). 
 Whether the court of appeals erred in interpreting section 9-2.5-104(2), C.R.S. (2023) such that it renders the words "results in," "caused by the contact" and "due to the contact" superfluous. 
 DENIED AS TO ALL OTHER ISSUES.